Mark A. KIRBY, Petitioner–Appellant,

v.

UNNAMED DEFENDANT,
Respondent–Appellee.

No. 00–7250.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Mark A. Kirby, pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Mark A. Kirby seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Kirby v. Unnamed Defendant,* No. CA–00–1304–